Court properly remand for a modified judgment rather than for a new hearing, or for a trial on all of the financial issues?"

The Supreme Court docket number is SC 14628.

*Steven D. Ecker,* in support of the petition.

*Max F. Brunswick,* in opposition.

Decided October 30, 1992

STATE OF CONNECTICUT *v.* RICHARD J. TANZELLA

The defendant's petition for certification for appeal from the Appellate Court, 28 Conn. App. 581, is denied.

*Jon L. Schoenhorn,* in support of the petition.

*Jack W. Fischer,* deputy assistant state's attorney, in opposition.

Decided October 30, 1992

STATE OF CONNECTICUT *v.* RICHARD J. TANZELLA

The state of Connecticut's petition for certification for appeal from the Appellate Court, 28 Conn. App. 581 (AC 9914), is granted, limited to the following issue:

"Did the amendments of the counts against the defendant constitute different offenses under Practice Book § 624 and, if so, whether the trial court properly held that the defendant was required to make a showing that his substantive rights would be prejudiced?"

The Supreme Court docket number is SC 14627.

*Jack W. Fischer,* deputy state's attorney, in support of the petition.

*Jon L. Schoenhorn,* in opposition.

Decided October 30, 1992